IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM CLARK,<br><br>　　　　Defendant. | No. 2:23-CV-0708-DMC-P<br><br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not resolved the fee status for this case by filing either a complete application to proceed in forma pauperis or paying the required filing fee.  Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or pay the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis.

Dated:  April 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE