**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL, | No.  2:23-CV-0708-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ADAM CLARK, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 9. Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 9, is GRANTED.

Dated:  August 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1